IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTONIO J. BULLOCK   PETITIONER
Reg #31430-034

v.   CASE NO. 2:18-CV-00084 BSM

GENE BEASLEY, Warden
Federal Correctional Institution-Low,
Forrest City, Arkansas   RESPONDENT

## ORDER

The recommended disposition [Doc. No. 9] submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, this petition is dismissed with prejudice, all requested relief is denied, and judgment is entered for respondent Beasley.

IT IS SO ORDERED this 15th day of October 2018.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE