IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTONIO J. BULLOCK                                                    PETITIONER
Reg #31430-034

v.                              CASE NO. 2:18-CV-00084 BSM

GENE BEASLEY, Warden
Federal Correctional Institution-Low,
Forrest City, Arkansas                                                RESPONDENT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 15th day of October 2018.

_____
UNITED STATES DISTRICT JUDGE